PER CURIAM.
Affirmed upon the principles enunciated in the cases of Martin v. Albee, 1927, 93 Fla. 941, 113 So. 415; Orlando Realty Board Bldg. Corporation v. Hilpert, 1927, 93 Fla. 954, 113 So. 100; Standard Lumber Co. v. Florida Industrial Co., 1932, 106 Fla. 884, 141 So. 729; Florida Yacht Club v. Renfroe, 1914, 67 Fla. 154, 64 So. 742; Rosello v. Hayden, Fla.1955, 79 So.2d 682; and Sisco v. Rotenberg, Fla. 1958, 104 So.2d 365.
KANNER, C. J., SHANNON, J., and SEBRING, HAROLD L., Associate Judge, concur.